UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES VINCENT ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>DON HOLBROOK<br><br>    Defendants. | NO. 2:15-cv-00099-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    Before the Court is Magistrate Judge James P. Hutton's November 17, 2015 Report and Recommendation, ECF No. 19, recommending that Petitioner's Motion to Withdraw Petition of Habeas Corpus and Dismiss Habeas Corpus Petition Without Prejudice, ECF No. 18, be granted. No objections have been filed.

    After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety and grants Motion to Withdraw Petition of Habeas Corpus and Dismiss Habeas Corpus Petition Without Prejudice.

    Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, ECF No. 19, is **ADOPTED** in its entirety.
2. Petitioner's Motion to Withdraw Petition of Habeas Corpus and Dismiss Habeas Corpus Petition Without Prejudice, ECF No. 18, is **GRANTED**.

ORDER ADOPTING REPORT AND RECOMMENDATION # 1

3.  The Petition for Writ of Habeas Corpus, ECF No. 1, is **dismissed without prejudice**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to Petitioner, and to Magistrate Judge James P. Hutton, and **close the file**.

**DATED** this 10th day of December 2015.



_____
Stanley A. Bastian
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION # 2